# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARITA CLOSSER,<br>      Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>      Defendant. | )<br>)<br>)<br>) **Case No.: 2:11-cv-6388-CDJ**<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
  Craig Thor Kimmel
  Attorney ID # 662924
  Kimmel & Silverman, P.C.
  30 E. Butler Pike
  Ambler, PA 19002
  Phone: (215) 540-8888
  Fax: (877) 778-2864
  Email: kimmel@creditlaw.com